474 A.2d 642

Commonwealth v. Kriest, Appellant.

Submitted November 8, 1983. Timothy M. Carland, Public Defender, for appellant; Edward J. Tocci, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and CERCONE, JJ.

Judgment of sentence vacated; case remanded for resentencing and for appointment of new counsel. Jurisdiction relinquished.